In the Matter of 25 E. DELAWARE BUILD-
ING CORPORATION, Debtor.

Lisetta KORB et al. v. 25 E. DELAWARE
BUILDING CORPORATION.
No. 5705.

Circuit Court of Appeals, Seventh Circuit.
March 18, 1936.

Hubbard, Baker & Rice (by A. G. Hubbard), of Chicago, Ill., for appellants Antonie Varouda, Henrietta Branton, Julius Browdy, and Edward Browdy.

William A. Rogan and William C. Burns, both of Chicago, Ill., for appellees Lisetta Korb, Joseph Lehmann, Elizabeth Lehmann, and Anna M. Hippert.

Darrell S. Boyd and Horace Young (of Fisher, Boyden, Bell, Boyd & Marshall), both of Chicago, Ill., for appellees 25 East Delaware Building Corporation and American National Bank & Trust Co. of Chicago, as trustee under Trust Agreement of Chicago, as trustee under Trust Agreement dated December 31, 1934, and known as Trust No. 3285.

John R. Nicholson and James I. Johnson (of Nicholson, Snyder, Chadwell & Fagerburg), both of Chicago, Ill., for Sidney Metzl, J. O. Trautwein, and Eugene A. Katz.

Before EVANS, SPARKS, and ALSCHULER, Circuit Judges.

PER CURIAM.

It is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, without costs to any party, pursuant to the foregoing stipulation.

UNITED STATES of America v. Beulah
COX, Administratrix.
No. 1370.

Circuit Court of Appeals, Tenth Circuit.
Jan. 28, 1935.

Randolph C. Shaw, Sp. Asst. to Atty. Gen., for the United States.

William A. Tidwell, of Idabel, Okl., for appellee.

Before PHILLIPS, McDERMOTT, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed pursuant to agreement of counsel.

Beulah COX, Administratrix, v. UNITED
STATES of America.
No. 1371.

Circuit Court of Appeals, Tenth Circuit.
Jan. 25, 1936.

William A. Tidwell, of Idabel, Okl., for appellant.

Randolph C. Shaw, Sp. Asst. to Atty. Gen., for the United States.

Before PHILLIPS, McDERMOTT, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed pursuant to agreement of counsel.